**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**RANDY RODRIGUEZ,**

     **Petitioner,**

  **v.**             **9:13-CV-0206**

**ROLAND LARKIN, Superintendent,
Eastern Correctional Facility,**

     **Respondent.**
_____

**APPEARANCES:**        **OF COUNSEL:**

RANDY RODRIGUEZ
Clinton Correctional Facility
P.O. Box 2002
Dannemora, NY 12929
Petitioner, *pro se*

HON. ERIC T. SCHNEIDERMAN    PRISCILLA I. STEWARD, ESQ.
New York State Attorney General    Assistant Attorney General
The Capitol
Albany, New York 12224
Counsel for Respondent

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

### **ORDER**

  The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 24th day of April 2015. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

  After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The petition in this matter is denied and dismissed in all respects. Petitioner has failed to make a substantial showing of a denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2); accordingly, no certificate of appealability shall issue.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: May 18, 2015
       Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge